UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHENZHEN YUANSANDING
TECHNOLOGY CO., LTD.

        Plaintiff,

    v.

FLIP IT CAP LLC,

        Defendant.

Case No. 2:25-CV-2741-JHC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**

THIS MATTER comes before the Court on Defendant's Motion for Extension of Time to File Answer. Dkt. # 7. Defense counsel has communicated to the Court that they do not oppose the motion. The Court, having considered the motion and the record and being fully advised in this matter, hereby ORDERS that the parties' Motion for Extension of Time to File Answer is GRANTED.

SIGNED this 3rd day of February, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE
ANSWER TO COMPLAINT - 1
CASE NO. 2:25-CV-2741-JHC