UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHENZHEN YUANSANDING
TECHNOLOGY CO., LTD.

   Plaintiff,

  v.

FLIP IT CAP LLC,

   Defendant.

Case No.: 2:25-CV-2741 JHC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**

THIS MATTER comes before the Court of pursuant to Defendant Motion for Extension of Time to File Answer to Complaint.  Dkt. # 9.  Defendant represents that Plaintiff does not oppose the motion.  *Id.*  The Court GRANTS the motion.  Defendant's new deadline to respond to the complaint is February 20, 2026.

DATED this 17th day of February, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE
ANSWER TO COMPLAINT - 1
CASE NO.: 2:25-CV-2741-JHC